# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LIONEL FRANKS,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TEMPLE UNIVERSITY, et al.,** | : | No. 11-879 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **25th** day of **April**, **2011**, upon consideration of Defendant Temple University's Motion to Dismiss, Plaintiff's response thereto, and for the reasons stated in this Court's Memorandum dated April 25, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion (Document No. 10) is **GRANTED**.

2. Count II of the Complaint, asserting a vicarious liability claim against Temple University, is **DISMISSED**.

3. Temple University is **DISMISSED** as a party to this action.

BY THE COURT:

_____
**Berle M. Schiller, J.**