IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIONEL FRANKS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER MATTHEW HASSEL, et al., | : | No. 11-879 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **10th** day of **January**, **2012**, upon consideration of Defendants Matthew Hassel and David Alston's Motion for Summary Judgment, Defendants Robert Hassel Jr. and Michael Acerenza's Motion for Summary Judgment, and Plaintiff's responses thereto, and for the reasons stated in the Court's Memorandum dated January 10, 2012, it is hereby **ORDERED** that:

1. Defendants Matthew Hassel and David Alston's motion (Document No. 20) is **GRANTED**.

2. Defendants Robert Hassel Jr. and Michael Acerenza's motion (Document No. 19) is **GRANTED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**